# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| RUBY J. EARL, | 1: 11-CV-01731-AWI-BAM |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| CLOVIS UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

On October 17, 2011, plaintiff Ruby J. Earl ("Plaintiff") appearing pro se, filed a motion to proceed in forma pauperis.  Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.

IT IS SO ORDERED.

Dated:  **November 30, 2011**          **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE