1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY J. EARL,                                    ) | 1: 11-cv-01731-LJO-BAM |
|                                                  ) | |
|              Plaintiff,                          ) | **ORDER CLARIFYING VIABLE CLAIMS** |
|                                                  ) | **PRESENTED IN PLAINTIFF'S** |
|     v.                                           ) | **COMPLAINT;** |
|                                                  ) | |
| CLOVIS UNIFIED SCHOOL DISTRICT,                  ) | **ORDER DIRECTING PLAINTIFF TO** |
|                                                  ) | **FILE USM-285 FORMS** |
|              Defendants.                         ) | |
| _____) | |

**I.      Clarification of Viable Claims Plaintiff's Complaint**

On January 3, 2012, this Court issued Findings and Recommendations recommending that Plaintiff's causes of action pertaining to sections 1981, 1983, 1985 and 1986 of Title 42 of the United States Code, as well as Plaintiff's state law claims, be dismissed without leave to amend. (Doc. 6.) The Court further recommended that Plaintiff's claims under 42 U.S.C. § 2000d and the Americans With Disabilities Act, 42 U.S.C. § 12132, were pled sufficiently for screening purposes. (Doc. 6.) These Findings and Recommendations were adopted in full by the District Judge on February 8, 2012. (Doc. 7.) Therefore, the remaining viable causes of action against Clovis Unified School District ("Defendant") fall under 42 U.S.C. § 2000d and the Americans With Disabilities Act.

1

**II.     USM-285 Forms**

Because Plaintiff is proceeding in forma pauperis, service of Plaintiff's Complaint will be effected by way of the United States Marshal. *See* Fed. R. Civ. P. 4(c)(3).

In accordance with the above, this Court has determined as follows:

1.     Service is appropriate for Defendant Clovis Unified School District;

2.     The Clerk of the Court shall send Plaintiff a single USM-285 form, and summons, an instruction sheet, a copy of the Complaint filed on October 17, 2011, and a copy of this Order;

3.     **Within THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and return the completed Notice to the Court with the following documents:

a.     Completed summons;

b.     A completed USM-285 form for the Defendant listed above;

c.     A copy of the endorsed Complaint filed October 17, 2011; and

d.     A copy of the instant Order dated June 4, 2012;

4.     Plaintiff need not attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

5.     *The failure to comply with this Order will result in a Recommendation that this action be dismissed.*

IT IS SO ORDERED.

**Dated:     June 4, 2012**          /s/ **Barbara A. McAuliffe**
                                UNITED STATES MAGISTRATE JUDGE

2